WHITMAN, Respondent, v. JNO. A. SUTTER, Appellant.

APPEAL from the Judicial District, Yuba County.

*Per curiam.*—This is an appeal from a judgment rendered on the verdict of a jury. As this court has no power to revise the facts, the judgment must be affirmed.